In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MILFORD CONSTRUCTION COMPANY. Claim No. C. B. 3791. LOUIS H. PINK,

Superintendent of Insurance of the State of New York, as Liquidator of National Surety Company — Milford Construction Company and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.